# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | 3:17-CR-00213 (MPS) |
| | ) | |
| | ) | |
| Miquel Lewis | ) | |

## ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

Pursuant to the hearing on revocation of supervised release held on June 23, 2021, the Court modifies the defendant's conditions of release to include:

1. The defendant shall reside at a residential reentry center for a period of 120 days, upon availability of a bed, as communicated by the Probation Office. The defendant shall comply with all rules and regulations of the residential reentry center.
2. Until such time that the defendant is admitted to a residential reentry center, he shall be placed on home incarceration, enforced by location monitoring. The defendant shall be restricted to his mother's residence at all times, except for medical appointments approved in advance by the Probation Office or the Court.

It is so ORDERED.


_____/s/_____          _____6/23/2021_____
Honorable Michael P. Shea                                      Date
United States District Judge